UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: LIANE FISHER LAW PLLC - 1960

LUCIANA GALLINA ET AL

Plaintiff(s)

- against -

PEACEFUL ENTERPRISES INC. ET AL

Defendant(s)

Index #: 11 CIV 7060

Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DAVID GOLDBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 14, 2011 at 01:05 PM at

C/O PHILIP MARIE RESTAURANT
569 HUDSON STREET
NEW YORK, NY10014

deponent served the within true copy of the SUMMONS & COMPLAINT & INDIVIDUAL PRACTICES OF JUDGE PAUL G. GARDEPHE, ELECTRONIC CASE FILING RULES & INSTRUCTIONS on PEACEFUL ENTERPRISES INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to NOELLE BIRK personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT & INDIVIDUAL PRACTICES OF JUDGE PAUL G. GARDEPHE, ELECTRONIC CASE FILING RULES & INSTRUCTIONS as said defendant/respondent and knew said individual to be GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 30 | 5'7 | 130 |

Sworn to me on:  October 17, 2011

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2014

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2013

GOTHAM PROCESS INC.
299 Broadway
New York NY 10007

DAVID GOLDBERG
License #: 916033
Docket #:    *779403*