UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: LIANE FISHER LAW PLLC - 1960

LUCIANA GALLINA ET AL

Plaintiff(s)

Index #: 11 CIV 7060

- against -

Date Filed:

PEACEFUL ENTERPRISES INC. ET AL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DAVID GOLDBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.
That on October 14, 2011 at 01:05 PM at

C/O PHILIP MARIE RESTAURANT
569 HUDSON STREET
NEW YORK, NY 10014

deponent served the within true copy/copies of the SUMMONS & COMPLAINT & INDIVIDUAL PRACTICES OF JUDGE PAUL G. GARDEPHE, ELECTRONIC CASE FILING RULES & INSTRUCTIONS on RICKEY MERCADO, the defendant/respondent therein named,

**SUITABLE AGE**   by delivering thereat a true copy/copies of each to NOELLE BIRK a person of suitable age and discretion. Said premises is the defendant's/respondent's actual place of business within the state. She identified herself as the CO-WORKER of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 30 | 5'7 | 130 |

**MAILING**   Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's actual place of business at

C/O PHILIP MARIE RESTAURANT
569 HUDSON STREET
NEW YORK, NY 10014

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on October 17, 2011 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that th communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**   Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on:  October 17, 2011

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2014

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2013

GOTHAM PROCESS INC.
299 Broadway
New York NY 10007

**DAVID GOLDBERG**
License #: 916033
Docket #:    *779405*