Gardephe, S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/11
```

---

LUCIANA GALLINA, KRISTIN LISI, LILY
MONROY, CHRISTINA ROYLANCE,
SOFIA VILLELLA-CLAUSSEN and
SABRINA LIBRANDI, individually and on
behalf of others similarly situated,

                        Plaintiffs,

       -against-

PEACEFUL ENTERPRISES INC., JOHN P.
GRECO III and RICKEY MERCADO,

                        Defendants.

11-CV-7060
Gardephe, J
Katz, MJ

---

### STIPULATION EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT

       It is hereby STIPULATED AND AGREED, by and between Plaintiffs LUCIANA GALLINA, KRISTIN LISI, LILY MONROY, CHRISTINA ROYLANCE, SOFIA VILLELLA-CLAUSSEN and SABRINA LIBRANDI ("Plaintiffs") and Defendants sued herein as PEACEFUL ENTERPRISES INC., JOHN P. GRECO III and RICKEY MERCADO ("Defendants"), through their undersigned attorneys who state that they have been authorized to enter into this Stipulation, that Plaintiffs shall file an Amended Complaint in the above action on November 4, 2011;

       It is FURTHER STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their undersigned attorneys who state that they have been authorized to enter this Stipulation, that any obligation on the part of Defendants to answer, move, or otherwise respond to the Amended Complaint in this matter shall be extended until and including December 5, 2011;

       It is FURTHER STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their undersigned attorneys who state that they have been authorized to enter this Stipulation, that no previous requests for an extension of the current putative deadline to respond


to the original Complaint in this matter of November 4, 2011 have been made:

Dated: November 4, 2011    By:    _____
Liane Fisher, Esq. (LF5708)
LIANE FISHER LAW PLLC
233 Broadway, Suite 1800
New York, New York 10279
(212) 571-0700
*Attorneys for Plaintiffs*

Dated: November 4, 2011    By:    _____
Felice B. Ekelman, Esq.
Noel Tripp, Esq.
JACKSON LEWIS LLP
666 Third Avenue, 29th Fl.
New York, New York 10017
(212) 545-4000
*Attorneys for Defendants*

SO ORDERED THIS 9th
DAY OF November, 2011.

_____
United States District Judge

4814-1275-6493, v. 1